## ON MOTION

### ORDER

Upon consideration of the Tropicana Products, Inc.'s motion to withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

**Jugvir Inder SINGH, Plaintiff–Appellant,**

v.

**COMMONWEALTH OF AUSTRALIA, Defendant–Appellee,**

and

**Union of India, Defendant–Appellee,**

and

**United Nations, Defendant–Appellee.**

No. 2008–1307.

United States Court of Appeals, Federal Circuit.

June 6, 2008.

John E. Prominski Jr., Miles & Stockbridge, P.C., McLean, VA, for Defendant–Appellee, Commonwealth of Australia.

Jugvir Inder Singh, Orlando, FL, pro se.

Rarendra Sen, Embassy of India, Washington, DC, for Defendant–Appellee, Union of India.

Nicolas Michel, United Nations, New York, NY, for Defendant–Appellee, United Nations.

### ORDER

Pursuant to this court's order filed May 22, 2008,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the District of Columbia.

**David HOLLIDAY, Jr., Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2006–7091.

United States Court of Appeals, Federal Circuit.

June 17, 2008.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**James M. HAZZARD, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7103.

United States Court of Appeals, Federal Circuit.

June 17, 2008.

Mark R. Lippman, The Veterans Law Group, La Jolla, CA, for Claimant–Appellant.

James W. Poirier, Department of Justice, Washington, DC, for Respondent–Appellee.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**CHASE MEDICAL, INC., Plaintiff–Appellee,**

v.

**CHF TECHNOLOGIES, INC. and Endoscopic Technologies, Inc., Defendants–Appellants.**

No. 2008–1335.

United States Court of Appeals, Federal Circuit.

June 17, 2008.

## ORDER

The parties having so agreed, it is